IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
APR 22 2022
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| UNITED STATES OF AMERICA, | ) | **INFORMATION** |
|---|---|---|
| Plaintiff, | ) | |
| | ) | CASE NO. 1:22 CR 188 |
| v. | ) | |
| | ) | Title 18, United States Code, |
| DAVID L. BAILEY, | ) | Section 641 |
| | ) | **JUDGE RUIZ** |
| Defendant. | ) | **MAG JUDGE KNAPP** |

COUNT 1
(Theft of Government Property, 18 U.S.C. § 641)

The United States Attorney charges:

From in or around August 2016 and continuing until in or around March 2020, in the Northern District of Ohio, Eastern Division, Defendant DAVID L. BAILEY, in a continuing course of conduct, willfully and knowingly did steal, purloin, and convert to his own use, without authority, dispose of property of the United States exceeding $1,000.00 in value, belonging to the United States Social Security Administration, an agency of the United States, to wit: Title II Retirement Insurance benefits, in the amount of $54,042 in violation of Title 18, United States Code, Section 641.

MICHELLE M. BAEPPLER
Acting United States Attorney

By:

EDWARD F. FERAN
Chief, General Crimes Unit