# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:22-cr-00188 |
|  | ) |  |
| Plaintiff, | ) | JUDGE DAVID A. RUIZ |
|  | ) |  |
| vs. | ) | ORDER ACCEPTING PLEA |
|  | ) | AGREEMENT, JUDGMENT AND |
| DAVID L. BAILEY, | ) | REFERRAL TO U.S. PROBATION |
|  | ) | OFFICE |
| Defendant. | ) |  |
|  | ) |  |

This case is before the Court on a Report and Recommendation (R&R) filed by United States Magistrate Judge Amanda M. Knapp regarding the change of plea hearing of Defendant David L. Bailey which was referred to the Magistrate Judge with the consent of the parties.

On April 22, 2022, the Government filed a one-count Information charging Defendant David L. Bailey with Theft of Government Property, in violation of Title 18 U.S.C. § 641. Defendant David L. Bailey was arraigned on May 18, 2022, before Magistrate Judge Amanda M. Knapp, and entered a plea of guilty to Count One of the Information.  On May 18, 2022, Magistrate Judge Knapp issued the R&R, concerning whether the plea should be accepted and finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the fourteen days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted. Defendant David L. Bailey is found to be competent to enter a plea and to understand his constitutional rights.  He is aware of the charges and of the consequences of entering a plea.  There is an

adequate factual basis for the plea. The Court finds the plea was entered knowingly, intelligently, and voluntarily.  The plea agreement is approved.

Therefore, Defendant David L. Bailey is adjudged guilty of Count One of the Information, Theft of Government Property, in violation of Title 18 U.S.C. § 641. This matter was referred to U.S. Pretrial Services and Probation Office for the completion of a pre-sentence investigation and report.  Sentencing will take place on August 24, 2022, at 11:00 a.m. either via Zoom or in Courtroom 17B, Carl B. Stokes United States Court House, 801 West Superior Avenue, Cleveland, Ohio.

IT IS SO ORDERED.

s/David A. Ruiz     June 16, 2022
DAVID A. RUIZ
UNITED STATES DISTRICT JUDGE