UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 1:22-cr-00188** |
| **Plaintiff,** | ) | |
| | ) | **JUDGE DAVID A. RUIZ** |
| - vs - | ) | |
| | ) | **MINUTES AND ORDER RE:** |
| | ) | **SUPERVISED RELEASE** |
| **DAVID L. BAILEY,** | ) | **VIOLATION HEARING** |
| | ) | |
| **Defendant.** | ) | |

    This matter was heard on May 22, 2025, upon request of the probation office for a finding that the defendant violated the conditions of supervised release. Petitions were presented for action of the Court for cause as referenced in the May 21, 2025, superseding violation report.

    The defendant was present and represented by Assistant Federal Public Defender Alvaro DeCola. Assistant U.S. Attorney Jason W. White was present on behalf of the Government. U.S. Probation Officer Alexandria Delgadillo was present on behalf of U.S. Pretrial Services and Probation Office. The defendant previously appeared before Magistrate Judge Amanda Knapp and knowingly and voluntarily admitted to violation number one—Illicit Drug Use, and to violation number two— Illicit Drug Use. Neither party has objected to the Magistrate's Report and Recommendation (R&R). Upon due consideration and for the reasons stated on the record, the Court adopted the R&R.

    The Court determined that the defendant violated the terms and conditions of supervised release. Based on this Court's review of all relevant factors during the hearing, the Court ordered that the Defendant's supervised release be continued, with the added condition Cognitive Behavioral Treatment. Defendant was advised of his right to appeal.

    IT IS SO ORDERED.

                                        /s/*David A. Ruiz*     5/22/2025
                                        David A. Ruiz
                                        United States District Judge
                                        Time: 20 minutes